IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH J. TAGGART** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| v. | : | NO. 10-cv-00843 |
| | : | |
| **WELLS FARGO HOME** | : | |
| **MORTGAGE, INC., et al.** | : | |
| **Defendants** | : | |

ORDER

**AND NOW**, this 27th day of September, 2010, upon consideration of defendant Wells Fargo Home Mortgage's motion to dismiss complaint pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. # 5), the memorandum of law in support of the motion to dismiss complaint (Doc. # 6), plaintiff's answer to defendant's motion to dismiss (Doc. # 14), defendant's reply in support of its motion to dismiss complaint (Doc. # 17), and plaintiff's answer to defendant's reply (Doc. #18), IT IS HEREBY ORDERED that:

1. Defendants' motion is **GRANTED** for the reasons set forth in the accompanying memorandum; and

2. The plaintiff's claims against defendant Wells Fargo are DISMISSED.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.