IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH J. TAGGART,** | : | |
| **Plaintiff,** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **WELLS FARGO HOME** | : | |
| **MORTGAGE, INC., et. al.** | : | No. 10-cv-00843 |
| **Defendants.** | : | |

**O R D E R**

**AND NOW**, this 27th day of September, 2012, upon consideration of Plaintiff's Motion to Amend (Doc. No. 103), Defendants' Responses thereto (Doc. No. 107 & 108), it is hereby **ORDERED** that Plaintiff's Motion is **DENIED.**

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.