IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH J. TAGGART,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **WELLS FARGO HOME** | : | |
| **MORTGAGE, INC., et. al.** | : | No. 10-cv-00843 |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 27th day of September, 2012, upon consideration of Plaintiff's Motion to Compel (Doc. No. 95), Defendant's Response thereto (Doc. No. 98), and Defendant's Motion for a Protective Order (Doc. No. 97) and Plaintiff's Response thereto (Doc. No. 109) it is hereby **ORDERED** that:

1. Plaintiff's Motion to Compel (Doc. No. 95) is **DENIED**; and

2. Defendant's Motion for a Protective Order (Doc. No. 97) is **GRANTED.**

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.