IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH J. TAGGART,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **WELLS FARGO HOME** | : | |
| **MORTGAGE, INC., et. al.** | : | No. 10-cv-00843 |
| Defendants. | : | |

# O R D E R

**AND NOW**, this 17th day of June, 2013, upon consideration of the Defendant, Eagle Nationwide's, Motion for Summary Judgment (Doc. No. 96) and all the Responses and Replies thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.[1]

The Clerk of Court is directed to mark this action as **CLOSED**.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.

---

[1] Plaintiff's motions to file a sur-reply and motion to file (Doc. Nos. 125, 126 & 127) are hereby **DENIED**.